The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR21-154-RSL |
|---|---|
| Plaintiff | ORDER TO SEAL DOCUMENT |
| v. | |
| ROBERT K. ARTZ, | |
| Defendant. | |

Having read the Government's Unopposed Motion to Seal and because of the sensitive information contained in the Unopposed Motion for Protective Order,

It is hereby ORDERED that the Unopposed Motion for Protective Order, shall remain sealed.

DATED this  11th  day of  February , 2022.

_/s/ Robert S. Lasnik_
THE HON. ROBERT S. LASNIK
United States District Judge

Presented by:

*s/ Stacey R. Fernandez*
STACEY R. FERNANDEZ
Special Assistant United States Attorney

Order to Seal
*United States v. Artz*, CR 21-154-RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970